IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

FILED

MAR 1 2 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _m l b_ _____ DEP CLK

Tanika Lynnette Bryant )

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 5:24-CV-00159-FL

(To be assigned
by the Clerk of
District Court)

vs.

Kathy Newton (Cathleen)
Living With Autism _____ )

_____ )

CEO - Henna - Phantasia ___

(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

1. Plaintiff resides at Wake County _____

_____

_____

2. Defendant(s)name(s): Living With Autism Inc. Cathleen Newton
CEO. Henna, Phantasia - _____

_____

_____

1

Location of principal office(s) of the named defendant(s):

4325 Tryon Road Raleigh NC, 27606

Nature of defendant(s) business: Living With Autism, Inc

Approximate number of individuals employed by defendant:

Over 50

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) __✗__ Termination of my employment.

(C) _____ Failure to promote me.

(D) __✓__ Other acts as specified below:

I Was Wrongfully Terminated I feel i was discrimeined race. relige Pertext menally abused big violation of my space and my telling me that no rights to tall life Was treated by another staff member because of the in there Executive Director / Human Resources cathy Newton

2

5. Plaintiff is:

    (A) _____ presently employed by the defendant.

    (B) __✓___ not presently employed by the defendant.

    The dates of employment were Jan 5, 2024 - Jan 15. 2024

    Employment was terminated because:

    (1) _____ plaintiff was discharged.

    (2) _____ plaintiff was laid off.

    (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

    (A) Black my race.

    (B) Christian my religion.

    (C) Female my sex.

    (D) _____ my national origin.

    (E) _____ other as specified below:

_____

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Natcha Newton Femeal Executive Director / Human Resources

Living with Autism Inc. CEO· Henn· Staff Pharisia

_____

_____

_____

_____

3

8. The alleged discrimination occurred on or about Jan 15, 2024

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Very angre calling me this Pointing yelling talking to me saying Yall People, you all Saying Im nothing.

10. The alleged illegal activity took place at: 4325 Tryon Road Raleigh NC 27606 Living with Autism,

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about Jan 25, 2024 or the 30th. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on February 22, 2024.

4

Case 5:24-cv-00159-FL    Document 1    Filed 03/12/24    Page 4 of 5

12. I seek the following relief:

   (A) __✓___ recovery of back pay;

   (B) __✓___ reinstatement to my former job;

   (C) _____ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

3-12-2024
_____
Date

_Chariela S Bryant_____
Signature of Plaintiff

_549 Scherelly Drive # Raleigh NC 27610_

_____

_____
Address and Phone Number of Plaintiff

Case 5:24-cv-00159-FL   Document 1   Filed 03/12/24   Page 5 of 5