UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TANIKA LYNNETTE BRYANT )<br>　　　　　Plaintiff, )<br>v. )<br>　　)<br>CATHY NEWTON, Executive Director, )<br>LIVING WITH AUTISM, INC., HENNA )<br>ELLIS, CEO of Living with Autism, and )<br>PHANISIA (LAST NAME NOT KNOWN) )<br>Staff Member )<br>　　　　　Defendants. ) | **JUDGMENT**<br>5:24-CV-159-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on December 20, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on December 20, 2024, and Copies To:**
Tanika Lynnette Bryant (via CM/ECF Notice of Electronic Filing)

December 20, 2024　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By)　　Sandra K. Collins, Deputy Clerk